U.S. DISTRICT COURT 5/4/0
EASTERN DISTRICT OF ARKANSAS
FILED 3:00 pm
IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOE and MARY RUSTENHAVEN            PLAINTIFFS

v.          NO. 4:99CV00665 HW

AMERICAN AIRLINES, INC.            DEFENDANT

## VERDICT FORM NUMBER 1

Please state the amount of damages sustained by Joe Rustenhaven as a proximate result of the crash of American Airlines' flight 1420:

$ 4,242,000.00 .

_____
FOREPERSON (Karen Millsap)

May 4, 2001
DATE



U.S. DISTRICT COURT 5/4/01
EASTERN DISTRICT OF ARKANSAS
**FILED** 3:00 p.m.
IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: _____
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JOE and MARY RUSTENHAVEN            PLAINTIFFS

v.          NO. 4:99CV00665 HW

AMERICAN AIRLINES, INC.            DEFENDANT

### VERDICT FORM NUMBER 2A

We, the jury, find for Mary Rustenhaven on her loss of consortium claim and fix her damages at:

$ 2,000,000.00

_____
FOREPERSON (Karen Millsap)

May 4, 2001
_____
DATE

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOE and MARY RUSTENHAVEN                             PLAINTIFFS

v.                      NO. 4:99CV00665 HW

AMERICAN AIRLINES, INC.                                DEFENDANT

## VERDICT FORM NUMBER 2B

We, the jury, find for American Airlines on Mary Rustenhaven's loss of consortium claim.

_____
FOREPERSON

_____
DATE