FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 2 1 2003

JAMES W. McCORMACK, CLERK
By: _____
                        DEP CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

JOE RUSTENHAVEN and MARY RUSTENHAVEN					PLAINTIFFS

VS.				CASE NO. 4:99-CV-665 GTE

AMERICAN AIRLINES, INC.						DEFENDANT

### JUDGMENT ON AMENDED SUPERSEDEAS BOND AND ORDER FOR DISBURSEMENT OF FUNDS

The Court hereby orders that the District Court Clerk enter this Judgment on Amended Supersedeas Bond and for Enforcement of Amended Supersedeas Bond.

While this matter was on appeal to the United States Court of Appeals for the Eighth Circuit, on December 17, 2002, the Court approved the Amended Supersedeas Bond provided the Court by Defendant American Airlines, Inc., as principal, and Federal Insurance Company, as Surety, in the amount of $6,228,019.20.

On March 14, 2003, the Court entered an Amended Judgment against the Defendant and in favor of the Plaintiffs Mr. and Mrs. Rustenhaven in the total amount of $3,732,237.83, plus post-judgment interest from the date of the original judgment, May 4, 2001, at the rate of 3.82% per annum, compounded annually, in accordance with 28 U.S.C. § 1961.

On March 17, 2003, the Plaintiffs filed their Motion for Judgment on Amended Supersedeas Bond and for Enforcement of Amended Supersedeas Bond. On March 21, 2003, the Court conducted a telephonic conference on the Plaintiffs' motion. The Plaintiffs and the Defendant were represented by counsel during the conference, and a representative for the surety also participated and otherwise received notice of the proceeding. *See* Fed. R. Civ. P. 65.1. During the conference, the Defendant

1

stated that it took no position on the Plaintiffs' motion.

To date, neither the Defendant nor Federal Insurance Company, as surety, has satisfied the March 14, 2003, amended judgment. For good cause shown, and for the reasons discussed during the March 21, 2003, telephonic conference, the Court herein concludes that the Plaintiffs' instant Motion for Judgment on Amended Supersedeas Bond and for Enforcement of Amended Supersedeas Bond should be granted.

IT IS THEREFORE ORDERED that the Plaintiffs' Motion for Judgment on Amended Supersedeas Bond and for Enforcement of Amended Supersedeas Bond (Doc. # 120) be, and it is hereby, GRANTED. Judgment is hereby entered on the Amended Supersedeas Bond against American Airlines, Inc. and Federal Insurance Company, jointly and severally, in the total amount of $3,732,237.83, plus post-judgment interest from the date of the original judgment, May 4, 2001, at the rate of 3.82% per annum, compounded annually, in accordance with 28 U.S.C. § 1961. (As of March 21, 2003, the total amount due and owing is $4,004,984.44, and the per diem interest for each day thereafter is $405.53. through May 3, 2003, after which interest is again annually compounded.) All writs and processes for the enforcement and collection of this judgment or costs of court may issue immediately, and the Court hereby ORDERS disbursement to Plaintiffs by Federal Insurance Company, as surety, of funds sufficient to satisfy the judgment in full.

IT IS SO ORDERED this 21st day of March, 2003.

*/s/ Garnett Thomas Eisele*
UNITED STATES DISTRICT JUDGE

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 3-24-03 BY ___

AO 72A

jh

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

March 24, 2003

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:   4:99-cv-00665.

True and correct copies of the attached were mailed by the clerk to the following:

D. Keith Fortner, Esq.
Barber, McCaskill, Jones & Hale, P.A.
Regions Center
400 West Capitol Avenue
Suite 2700
Little Rock, AR   72201-3414

Michael E. Hale, Esq.
Barber, McCaskill, Jones & Hale, P.A.
Regions Center
400 West Capitol Avenue
Suite 2700
Little Rock, AR   72201-3414

G. Spence Fricke, Esq.
Barber, McCaskill, Jones & Hale, P.A.
Regions Center
400 West Capitol Avenue
Suite 2700
Little Rock, AR   72201-3414

William H. Edwards Jr., Esq.
Barber, McCaskill, Jones & Hale, P.A.
Regions Center
400 West Capitol Avenue
Suite 2700
Little Rock, AR   72201-3414

Randal R. Craft Jr., Esq.
Holland & Knight, LLP
195 Broadway
Suite 2700
New York, NY   10007-3189

William C. Brown III, Esq.

Holland & Knight, LLP
195 Broadway
Suite 2700
New York, NY  10007-3189

Maureen A. Murry, Esq.
Thompson & Knight, L.L.P.
1700 Pacific Avenue
Suite 3300
Dallas, TX  75201-4693

George Lucas Ashley, Esq.
Thompson & Knight, L.L.P.
1700 Pacific Avenue
Suite 3300
Dallas, TX  75201-4693

Daniel A. Johnson, Esq.
Sullivan, Johnson & Manfredi, LLP
601 South Figueroa Street
Suite 1950
Los Angeles, CA  90017

Daniel M. Sullivan, Esq.
Sullivan, Johnson & Manfredi, LLP
601 South Figueroa Street
Suite 1950
Los Angeles, CA  90017

George A. Manfredi, Esq.
Sullivan, Johnson & Manfredi, LLP
601 South Figueroa Street
Suite 1950
Los Angeles, CA  90017

Michael D. Schattman, Esq.
Hill Gilstrap
1400 West Abram Street
Arlington, TX  76013

Steve Maxwell, Esq.
Hill Gilstrap
1400 West Abram Street
Arlington, TX  76013

Scott C. Trotter, Esq.
Perkins & Trotter, PLLC
Post Office Box 251618
Little Rock, AR  72225-1618

G. Alan Perkins, Esq.
Perkins & Trotter, PLLC
Post Office Box 251618
Little Rock, AR  72225-1618

Robert R. Bodoin, Esq.
Bodoin, Burnside & Burge, P.C.
6115 Camp Bowie Boulevard
Suite 290
Fort Worth, TX  76116

Matthew H.P. Warner, Esq.
Graves Warner, PLC
333 Executive Court
Suite 111
Little Rock, AR  72205

Sam Hilburn, Esq.
Hilburn, Calhoon, Harper, Pruniski & Calhoun, Ltd.
Firstar Building
One Riverfront Place, Eighth Floor
Post Office Box 5551
North Little Rock, AR  72119-5551

press, post, GTE, finance

James W. McCormack, Clerk

Date: 3/24/03

BY: *[signature: Joy Nogue]*